Revised 03/23/06

U.S. Trustee Status Report for Individuals

Case Name: **Webb, Ralph E & Gertrud E**     Date Filed: **11/28/2011**

Case Number: **11-85357**

Month (or portion) covered by this report: **October 2012**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE STATUS REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_Gertrud E Webb_            _10/2012_
**ORIGINAL SIGNATURE OF RESPONSIBLE PARTY**     **DATE REPORT SIGNED**

_Gertrud Webb_
**PRINTED NAME OF RESPONSIBLE PARTY**     **PHONE NUMBER**

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |
| 2. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 3. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 4. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 5. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 6. DO YOU HAVE BANK ACCOUNTS OPEN OTHER THAN THE DEBTOR IN POSSESSION ACCOUNT? | ☐ | ☒ |
| 7. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 8. DID YOU DEPOSIT ALL MONEY EARNED INTO THE DEBTOR IN POSSESSION ACCOUNT THIS MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☒ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  Yes ☐  No ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### FUNDS DEPOSITED TO THIS MONTH'S BANK ACCOUNT(S)

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Reconciliation Detail, Income Statement and Balance Sheet.]

TOTAL DEPOSITS  4826.98

*(Exhibit B)*

### CHECKS AND OTHER DEBITS CLEARING THIS MONTH'S BANK ACCOUNT(S)

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Reconciliation Detail and Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL CHECKS/DEBITS  3609.35

*(Exhibit C)*

### +/- FOR THE MONTH

DEPOSITS FOR THE MONTH (TOTAL FROM EXHIBIT B)  4826.98

CHECKS/DEBITS FOR THE MONTH (TOTAL FROM EXHIBIT C)  3609.35

(Subtract The Total from Exhibit C from the Total of Exhibit B)

+/- FOR MONTH  1217.63

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## Account Details for ALL IN ONE CHECKING - XXXX2772

| | |
|---|---|
| As Of Date | 11/3/2012 |
| Last Statement Date | 10/16/2012 |
| Available Balance | $14,352.91 |
| Interest Rate | 0.000 % |
| Current Balance | $14,529.47 |
| Last Interest Paid Amount | $0.00 |
| Accrued Interest | $0.00 |
| Year-to-date interest amount | $0.00 |
| Last Statement Balance | $13,211.75 |
| Previous year-to-date interest amount | $0.00 |
| Credit Line Available | $0.00 |

## Account History for ALL IN ONE CHECKING - XXXX2772

| Posted<br>Sorted By: Post Date | Debit | Credit |
|---|---|---|
| VISA RF#230528987166 10/31 AS FAMILY RESTAURANT<br>10/31/12 | $12.33 | |
| VISA RF#230424710035 10/31 MCDONALD'S F5289<br>10/31/12 | $5.77 | |
| VISA RF#230325072004 10/30 ARBY'S #6968 Q<br>10/30/12 | $15.84 | |
| VISA RF#230328158105 10/29 JOHNNY KS<br>10/29/12 | $5.98 | |
| VISA RF#230223158188 10/28 BACABA<br>10/29/12 | $26.55 | |
| VISA RF#230221987175 10/28 AS FAMILY RESTAURANT<br>10/29/12 | $11.69 | |
| VISA RF#230227072008 10/28 DUNKIN #349645 Q<br>10/29/12 | $11.98 | |
| VISA RF#230028141006 10/27 WAL-MART #1003<br>10/29/12 | $21.32 | |
| VISA RF#229920072009 10/25 DUNKIN #349645 Q<br>10/25/12 | $2.12 | |
| VISA RF#229826141005 10/25 WAL-MART #1003<br>10/25/12 | $23.70 | |
| VISA RF#229829987150 10/25 AS FAMILY RESTAURANT<br>10/25/12 | $12.33 | |
| VISA RF#229724710036 10/24 MCDONALD'S F5289<br>10/24/12 | $6.10 | |
| SSA TREAS 310 XXSOC SEC RALPH E WEBB<br>10/24/12 | | $2,072.00 |
| VISA RF#229723158188 10/23 TASTEE BITES<br>10/23/12 | $10.40 | |
| VISA RF#229629255141 10/22 SUBWAY 001493<br>10/22/12 | $9.56 | |
| VISA RF#229529255159 10/21 SUBWAY 001493<br>10/22/12 | $2.66 | |

| Transaction | Amount |
|---|---|
| VISA RF#229429710048 10/21 MCDONALD'S F5289 10/22/12 | $4.92 |
| VISA RF#229328141005 10/20 WAL-MART #1003 10/22/12 | $10.55 |
| VISA RF#229326206273 10/20 BURGER KING #11289 10/22/12 | $7.59 |
| VISA RF#229322072008 10/19 DUNKIN #349645 Q 10/19/12 | $5.87 |
| VISA RF#229227418189 10/19 USPS 167020054293299 10/19/12 | $6.00 |
| VISA RF#229220004080 10/18 STATE FARM INSURANCE 10/18/12 | $264.95 |
| VISA RF#229223255145 10/18 SUBWAY 001493 10/18/12 | $8.71 |
| VISA RF#229226000858 10/18 Amazon Services-Kind 10/18/12 | $2.99 |
| VISA RF#229122710037 10/18 MCDONALD'S F5289 10/18/12 | $6.72 |
| VISA RF#229122072009 10/17 DUNKIN #349645 Q 10/17/12 | $4.80 |
| VISA RF#229022710036 10/17 MCDONALD'S F5289 10/17/12 | $3.21 |
| SERVICE CHARGE 10/16/12 | $4.00 |
| VISA RF#229021255148 10/16 SUBWAY 033792 10/16/12 | $6.44 |
| VISA RF#228920710028 10/16 MCDONALD'S F5289 10/16/12 | $10.16 |
| VISA RF#228825980013 10/15 SANTA FE RESTAURANT 10/15/12 | $34.17 |
| VISA RF#228825710036 10/15 PANERA BREAD #4010/2 10/15/12 | $22.27 |
| VISA RF#228821000765 10/14 Amazon Services-Kind 10/15/12 | $2.99 |
| VISA RF#228726255147 10/13 SUBWAY 001493 10/15/12 | $5.31 |
| VISA RF#228725152878 10/13 THE NORMAN GOLDMAN S 10/15/12 | $50.00 |
| VISA RF#228622255209 10/13 SUBWAY 001493 10/15/12 | $8.71 |
| VISA RF#228623710041 10/13 MCDONALD'S F5289 10/15/12 | $5.77 |
| VISA RF#228622100278 10/12 WALGREENS #7409 10/12/12 | $31.86 |
| VISA RF#228523987152 10/11 AS FAMILY RESTAURANT 10/11/12 | $10.28 |
| VISA RF#228420987198 10/10 STAR 34 FAMILY REST 10/10/12 | $9.00 |

| | |
|---|---|
| VISA RF#228425386481 10/10 KFC C840034 310642<br>10/10/12 | $4.68 |
| VISA RF#228329710036 10/10 MCDONALD'S F5289<br>10/10/12 | $8.34 |
| VISA RF#228324172832 10/10 ARNESON TIRE CENTER<br>10/10/12 | $20.00 |
| VISA RF#228220710028 10/09 MCDONALD'S F5289<br>10/9/12 | $2.68 |
| VISA RF#228223072009 10/08 DUNKIN #349645 Q<br>10/9/12 | $4.02 |
| VISA RF#228127710044 10/08 MCDONALD'S F5289<br>10/9/12 | $7.50 |
| VISA RF#228127157492 10/07 OBAMA VICTORY FUND20<br>10/9/12 | $15.00 |
| VISA RF#228120000691 10/07 Amazon Services-Kind<br>10/9/12 | $2.99 |
| VISA RF#228029141006 10/07 WAL-MART #1003<br>10/9/12 | $10.21 |
| VISA RF#228021255154 10/06 SUBWAY 001493<br>10/9/12 | $8.71 |
| VISA RF#227925386542 10/05 KFC C840034 310642<br>10/5/12 | $6.95 |
| VISA RF#227822141004 10/05 WAL-MART #1003<br>10/5/12 | $8.25 |
| VISA RF#227829710033 10/05 PANERA BREAD #4010/2<br>10/5/12 | $12.97 |
| VISA RF#227823710039 10/05 MCDONALD'S F5289<br>10/5/12 | $12.40 |
| VISA RF#227826010182 10/04 THE HOME DEPOT #6887<br>10/4/12 | $9.09 |
| VISA RF#227829692780 10/04 MENARDS 3164 YORKVIL<br>10/4/12 | $5.04 |
| VISA RF#227824006001 10/04 MURPHY6639ATWALMRT<br>10/4/12 | $115.18 |
| VISA RF#227727010182 10/03 THE HOME DEPOT #6887<br>10/3/12 | $6.41 |
| VISA RF#227722386491 10/03 KFC C840034 310642<br>10/3/12 | $7.59 |
| VISA RF#227627230132 10/03 VILLAGE ACE HARDWARE<br>10/3/12 | $4.56 |
| VISA RF#227624710037 10/03 MCDONALD'S F5289<br>10/3/12 | $7.92 |
| VISA RF#227626710037 10/03 MCDONALD'S F5289<br>10/3/12 | $4.71 |
| POS RF#L6MJU9KZ87G1 10/02 AMAZON.COM<br>10/3/12 | $32.48 |
| POS RF#XCGI63H5XWSJ 10/02 AMAZON.COM<br>10/3/12 | $4.49 |

| Description | | |
|---|---|---|
| VISA RF#227626158116 10/02 BULL MOOSE BAR & GRI<br>10/2/12 | $10.45 | |
| VISA RF#227529118000 10/02 MICROMATIC USA INC<br>10/2/12 | $53.13 | |
| VISA RF#227523710029 10/02 MCDONALD'S F5289<br>10/2/12 | $7.50 | |
| UNITED OMAHA HTH OCT INSPRM RALPH WEBB<br>10/1/12 | $235.22 | |
| VISA RF#227427710044 10/01 MCDONALD'S F5289<br>10/1/12 | $4.82 | |
| VISA RF#227428386541 09/30 KFC C840034 310642<br>10/1/12 | $3.21 | |
| Subtotal: | $1,342.10 | $2,072.00 |

Citizen's First National Bank -- Includes Reason for Withdrawal/Deposit

| Post Date | Description | | Purpse | Debit | Credit |
|---|---|---|---|---|---|
| 10/31/2012 | VISA RF#230526987166 10/31 | AS FAMILY RESTAURANT | Food | 12.33 | |
| 10/31/2012 | VISA RF#230424710035 10/31 | MCDONALD'S F5289 | Food | 5.77 | |
| 10/30/2012 | VISA RF#230325072004 10/30 | ARBY'S #6968    Q | Food | 15.84 | |
| 10/29/2012 | VISA RF#230328158105 10/29 | JOHNNY KS | Food | 5.98 | |
| 10/29/2012 | VISA RF#230223158188 10/28 | BACABA | Beverage | 26.55 | |
| 10/29/2012 | VISA RF#230221987175 10/28 | AS FAMILY RESTAURANT | Food | 11.69 | |
| 10/29/2012 | VISA RF#230227072008 10/28 | DUNKIN #349645   Q | Food | 11.98 | |
| 10/29/2012 | VISA RF#230028141006 10/27 | WAL-MART #1003 | Grocery | 21.32 | |
| 10/25/2012 | VISA RF#229920072009 10/25 | DUNKIN #349645    Q | Food | 2.12 | |
| 10/25/2012 | VISA RF#229826141005 10/25 | WAL-MART #1003 | Grocery | 23.70 | |
| 10/25/2012 | VISA RF#229829987150 10/25 | AS FAMILY RESTAURANT | Food | 12.33 | |
| 10/24/2012 | VISA RF#229724710036 10/24 | MCDONALD'S F5289 | Food | 6.10 | |
| 10/24/2012 | SSA TREAS 310 XXSOC SEC RALPH E WEBB | | Social Security | | 2072.00 |
| 10/23/2012 | VISA RF#229723158188 10/23 | TASTEE BITES | Food | 10.40 | |
| 10/22/2012 | VISA RF#229629255141 10/22 | SUBWAY    001493 | Food | 9.56 | |
| 10/22/2012 | VISA RF#229529255159 10/21 | SUBWAY    001493 | Food | 2.66 | |
| 10/22/2012 | VISA RF#229429710048 10/21 | MCDONALD'S F5289 | Food | 4.92 | |
| 10/22/2012 | VISA RF#229328141005 10/20 | WAL-MART #1003 | Grocery | 10.55 | |
| 10/22/2012 | VISA RF#229326206273 10/20 | BURGER KING #11289 | Food | 7.59 | |
| 10/19/2012 | VISA RF#229322072008 10/19 | DUNKIN #349645    Q | Food | 5.87 | |
| 10/19/2012 | VISA RF#229227418189 10/19 | USPS 167020054293299 | Postage | 6.00 | |
| 10/18/2012 | VISA RF#229220004080 10/18 | STATE FARM INSURANCE | Insurance | 264.95 | |
| 10/18/2012 | VISA RF#229223255145 10/18 | SUBWAY    001493 | Food | 8.71 | |
| 10/18/2012 | VISA RF#229226000858 10/18 | Amazon Services-Kind | Book | 2.99 | |
| 10/18/2012 | VISA RF#229122710037 10/18 | MCDONALD'S F5289 | Food | 6.72 | |
| 10/17/2012 | VISA RF#229122072009 10/17 | DUNKIN #349645    Q | Food | 4.80 | |
| 10/17/2012 | VISA RF#229022710036 10/17 | MCDONALD'S F5289 | Food | 3.21 | |
| 10/16/2012 | SERVICE CHARGE | | Bank Service Charge | 4.00 | |
| 10/16/2012 | VISA RF#229021255148 10/16 | SUBWAY    033792 | Food | 6.44 | |
| 10/16/2012 | VISA RF#228920710028 10/16 | MCDONALD'S F5289 | Food | 10.16 | |
| 10/15/2012 | VISA RF#228825980013 10/15 | SANTA FE RESTAURANT | Food | 34.17 | |
| 10/15/2012 | VISA RF#228825710036 10/15 | PANERA BREAD #4010/2 | Food | 22.27 | |
| 10/15/2012 | VISA RF#228821000765 10/14 | Amazon Services-Kind | Book | 2.99 | |
| 10/15/2012 | VISA RF#228726255147 10/13 | SUBWAY    001493 | Food | 5.31 | |
| 10/15/2012 | VISA RF#228725152878 10/13 | THE NORMAN GOLDMAN S | | 50.00 | |
| 10/15/2012 | VISA RF#228622255209 10/13 | SUBWAY    001493 | Food | 8.71 | |
| 10/15/2012 | VISA RF#228623710041 10/13 | MCDONALD'S F5289 | Food | 5.77 | |
| 10/12/2012 | VISA RF#228622100278 10/12 | WALGREENS #7409 | Medicine | 31.86 | |
| 10/11/2012 | VISA RF#228523987152 10/11 | AS FAMILY RESTAURANT | Food | 10.28 | |
| 10/10/2012 | VISA RF#228420987198 10/10 | STAR 34 FAMILY REST | Food | 9.00 | |
| 10/10/2012 | VISA RF#228425386481 10/10 | KFC C840034  310642 | Food | 4.68 | |
| 10/10/2012 | VISA RF#228329710036 10/10 | MCDONALD'S F5289 | Food | 8.34 | |
| 10/10/2012 | VISA RF#228324172832 10/10 | ARNESON TIRE CENTER | Auto Repair | 20.00 | |
| 10/09/2012 | VISA RF#228220710028 10/09 | MCDONALD'S F5289 | Food | 2.68 | |
| 10/09/2012 | VISA RF#228223072009 10/08 | DUNKIN #349645    Q | Food | 4.02 | |
| 10/09/2012 | VISA RF#228127710044 10/08 | MCDONALD'S F5289 | Food | 7.50 | |
| 10/09/2012 | VISA RF#228127157492 10/07 | OBAMA VICTORY FUND20 | Campaign Contribution | 15.00 | |
| 10/09/2012 | VISA RF#228120000691 10/07 | Amazon Services-Kind | Book | 2.99 | |
| 10/09/2012 | VISA RF#228029141006 10/07 | WAL-MART #1003 | Grocery | 10.21 | |
| 10/09/2012 | VISA RF#228021255154 10/06 | SUBWAY    001493 | Food | 8.71 | |
| 10/05/2012 | VISA RF#227925386542 10/05 | KFC C840034  310642 | Food | 6.95 | |
| 10/05/2012 | VISA RF#227822141004 10/05 | WAL-MART #1003 | Grocery | 8.25 | |
| 10/05/2012 | VISA RF#227829710033 10/05 | PANERA BREAD #4010/2 | Food | 12.97 | |
| 10/05/2012 | VISA RF#227823710039 10/05 | MCDONALD'S F5289 | Food | 12.40 | |
| 10/04/2012 | VISA RF#227826010182 10/04 | THE HOME DEPOT #6887 | Repairs | 9.09 | |
| 10/04/2012 | VISA RF#227829692780 10/04 | MENARDS 3164 YORKVIL | Repairs | 5.04 | |
| 10/04/2012 | VISA RF#227824006001 10/04 | MURPHY6639ATWALMRT | Gasoline | 115.18 | |
| 10/03/2012 | VISA RF#227727010182 10/03 | THE HOME DEPOT #6887 | Repairs | 6.41 | |
| 10/03/2012 | VISA RF#227722386491 10/03 | KFC C840034  310642 | Food | 7.59 | |
| 10/03/2012 | VISA RF#227627230132 10/03 | VILLAGE ACE HARDWARE | Repairs | 4.56 | |
| 10/03/2012 | VISA RF#227624710037 10/03 | MCDONALD'S F5289 | Food | 7.92 | |
| 10/03/2012 | VISA RF#227626710037 10/03 | MCDONALD'S F5289 | Food | 4.71 | |
| 10/03/2012 | POS RF#L6MJU9KZ67G1 10/02 | AMAZON.COM | Book | 32.48 | |
| 10/03/2012 | POS RF#XCGI63H5XWSJ 10/02 | AMAZON.COM | Book | 4.49 | |
| 10/02/2012 | VISA RF#227626158116 10/02 | BULL MOOSE BAR & GRI | Food | 10.46 | |
| 10/02/2012 | VISA RF#227529118000 10/02 | MICROMATIC USA INC | | 53.13 | |
| 10/02/2012 | VISA RF#227523710029 10/02 | MCDONALD'S F5289 | Food | 7.50 | |
| 10/01/2012 | UNITED OMAHA HTH OCT INSPRM RALPH WEBB | | Insurance | 235.22 | |
| 10/01/2012 | VISA RF#227427710044 10/01 | MCDONALD'S F5289 | Food | 4.82 | |
| 10/01/2012 | VISA RF#227428386541 09/30 | KFC C840034  310642 | Food | 3.21 | |
| | | | | 1342.10 | 2072.00 |

Customer First Classic Chk xxxx5477 $24,513.38 *Continued*

| ✓ | Date | Post Date | Description | Deposits | Withdrawals | Daily Balance |
|---|------|-----------|-------------|----------|-------------|---------------|
| ☐ | 09/28 | 09/28 | Carried Checkpoint 8335 | | 45.52 | 23,962.86 |
| ☒ | 09/28 | 09/28 | 3111 Hobson #235 Aurora IL *Frames* | | 8.58 | 23,874.28 |
| ☒ | 09/28 | 09/28 | 3111 Woodmans Food Market North Aurora IL *groceries* | | 22.08 | 23,852.20 |
| ☐ | 10/01 | 10/01 | Benefit Payments Deposit ****6020533002 *Caterpillar pension* | 1,313.79 | | 25,165.99 |
| ☐ | 10/01 | 10/01 | United Omaha Hlth Ocl Insprm 4cs520 | | 214.07 | 24,951.92 |
| ☒ | 09/28 | 10/01 | 3111 Panera Bread #4009/2Aurora IL *Lunch* | | 7.69 | 24,944.23 |
| ☐ | 09/29 | 10/01 | 3111 Danelli's Restaurant630-5542990 IL *Dinner* | | 50.00 | 24,894.23 |
| ☒ | 10/01 | 10/01 | 3111 Aldi 66034 Plano IL *Groceries* | | 32.19 | 24,862.04 |
| ☐ | 10/01 | 10/01 | Check Image Check #8334 *bowling* | | 65.00 | 24,797.04 |
| ☐ | 10/02 | 10/02 | Kohls Chg Pmt Check Pmt 8339 *Top* | | 25.35 | 24,771.69 |
| ☐ | 10/02 | 10/02 | Cignature Rx Premium Rx ****0600 | | 26.30 | 24,745.39 |
| ☒ | 10/04 | 10/02 | 3111 Anthony G Milazzo Dds6305548800 IL *Dentist* | | 192.00 | 24,553.39 |
| ☐ | 10/02 | 10/02 | 3111 The Home Depot #6887/Yorkville IL *plants* | | 4.29 | 24,549.10 |
| ☒ | 10/01 | 10/03 | 3111 Smartstyle Plano IL *hair cut* | | 31.05 | 24,518.05 |
| ☐ | 10/01 | 10/03 | 3111 Subway 033792Plano IL *Lunch* | | 5.79 | 24,512.26 |
| ☐ | 10/03 | 10/03 | Interest Payment | 1.12 | | 24,513.38 |

### MONTHLY USAGE SUMMARY

| | |
|---|---|
| Debit | $1,184.07 |
| ACH/Billpay | $819.84 |
| ATM Withdrawals | $0.00 |
| Checks | $7,779.18 |
| Other | $0.00 |

### Balancing Checklist

| ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount |
|---|---------|------|--------|---|---------|------|--------|---|---------|------|--------|
| ☐ | 8327 | 09/13 | 24.00 | ☐ | 8329 | 09/13 | 7,673.40 | ☐ | 8330 | 09/27 | 26.00 |
| ☐ | 8331 | 09/24 | 30.00 | ☐ | 8332 | 09/27 | 20.78 | ☐ | 8334 | 10/01 | 65.00 |

END OF STATEMENT

*handwritten margin notes: 09/2012, 10/2012*




Contact Information
800.990.5713
castlebank.com



**CASTLE BANK**

A division of First National Bank of Omaha

1620 Dodge St
Omaha, NE 68197

2259/20    17771

Go Paperless! eStatements are the secure, environmental way to manage your Castle Bank accounts and best of all, they're free. Find out more at castlebank.com.

RALPH E WEBB
GERTRUD WEBB
320 PARK PL
SANDWICH IL 60548

| STATEMENT SUMMARY | October 4, 2012 through November 2, 2012 | | |
|---|---|---|---|
| Account Description | Account # | Beginning Balance | Ending Balance |
| Deposit Accounts | | | |
| Customer First Classic Chk | 5477 | 24,513.38 | 25,271.49 |
| | Total on Deposit | | $25,271.49 |

View up to the minute account information online - 24 hours a day!
www.castlebank.com



Member FDIC

Customer: F BRODERICK xxx5477 $25,271.49                                        Account Detail

| | | |
|---|---|---|
| Beginning Balance | $24,513.38 | Items Enclosed: 9 |
| Total Deposits | 9 for $2,754.88 | Days in Statement: 30 |
| Total Withdrawals | 38 for $1,996.77 | Annual Percentage Yield Earned: 0.05% |
| Ending Balance | $25,271.49 | Interest Earned this Statement: $1.02 |
| | | Interest Paid this Statement: $1.02 |
| | | Interest Paid YTD: $9.43 |

### Account Activity

For a Balancing Worksheet visit castlebank.com/balance

| ✓ | Date | Post Date | Description | Deposits | Withdrawals | Daily Balance |
|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | 24,513.38 |
| ☐ | 10/04 | 10/04 | Ysa  Ysa Reimb ****0047 H | 26.30 | | 24,539.68 |
| ☐ | 10/05 | 10/05 | Uhc Medicare Premium ****86681  RX ins | | 34.20 | 24,505.48 |
| ☐ | 10/09 | 10/09 | Delta Dental Of Delta Dent N1631347081917  Dental | | 38.98 | 24,466.50 |
| ☐ | 10/07 | 10/09 | 3111 Waylara Bp Wolcott Wolcott IN  gas | | 40.78 | 24,424.72 |
| ☐ | 10/07 | 10/09 | 3111 Cracker Barrel Lafayette IN  Lunch | | 8.91 | 24,415.81 |
| ☐ | 10/08 | 10/09 | 3111 Aldi 68034 Plano IL  groceries | | 11.24 | 24,404.57 |
| ☐ | 10/09 | 10/09 | 3111 Menards Yorkville Yorkville IL  cleaning sup | | 13.80 | 24,390.77 |
| ☐ | 10/09 | 10/09 | Check Image Check #8336  bowling | | 50.00 | 24,340.77 |
| ☐ | 10/10 | 10/10 | Ysa  Ysa Reimb ****0047 H  health ins | 214.07 | | 24,554.84 |
| ☐ | 10/10 | 10/10 | Check Image Check #8337  bowling | | 50.00 | 24,504.84 |
| ☐ | 10/11 | 10/11 | Ysa  Ysa Reimb ****0081 H | 235.22 | | 24,740.06 |
| ☐ | | | 3111 Plano Rural King Plano IL  Rodent Kill/birds food | | 19.86 | 24,720.20 |
| ☐ | 10/13 | 10/15 | 3111 Santa Fe Restaurant Sandwich IL  Dinner | | 24.51 | 24,695.69 |
| ☐ | 10/17 | 10/17 | Ssa Treas 310 Xxsoc Sec ****3730A SSA  social sec | 864.00 | | 25,559.69 |
| ☐ | 10/17 | 10/19 | 3111 Mcdonalds F5289 Sandwich IL  Lunch | | 3.84 | 25,555.85 |
| ☐ | 10/19 | 10/19 | 3111 Wal Wal-Mart Super 7Plano IL  groceries | | 51.09 | 25,504.76 |
| ☐ | 10/19 | 10/19 | 3111 Aldi 68034 Plano IL  groceries | | 24.71 | 25,480.05 |
| ☐ | 10/22 | 10/22 | ATT  Payment ****3001opayf  Telephone/TV | | 193.92 | 25,286.13 |
| ☐ | 10/21 | 10/22 | 3111 Chillis Morris Morris IL  Dinner | | 72.58 | 25,213.55 |
| ☐ | 10/22 | 10/22 | Check Image Check #8338  bowling | | 50.00 | 25,163.55 |
| ☐ | 10/23 | 10/23 | 3111 Menards Yorkville Yorkville IL  Flower bulbs | | 15.65 | 25,147.90 |
| ☐ | 10/23 | 10/23 | Check Image Check #8339  Nicor /Gas | | 39.30 | 25,108.60 |
| ☐ | 10/24 | 10/24 | Ysa  Ysa Reimb ****0047 H  RX ins | | 38.98 | 25,148.58 |
| ☐ | 10/24 | 10/24 | Kohls Dept Store 8342  cloth | | 37.00 | 25,111.58 |
| ☐ | 10/24 | 10/24 | 3111 Wal Wal-Mart Super 5Plano IL  cleaning detergent/groceries | | 60.47 | 25,051.11 |
| ☐ | | | Ysa  Ysa Reimb ****0081 H  RX ins | | 34.20 | 25,085.31 |
| ☐ | 10/24 | 10/26 | 3111 Mcdonalds F5289 Sandwich IL  Lunch | | 3.84 | 25,081.47 |
| ☐ | 10/26 | 10/26 | 3111 Family Dollar #3346 Plano IL  cleaning supplies | | 9.40 | 25,072.07 |
| ☐ | 10/26 | 10/26 | 3111 Aldi 68034 Plano IL  groceries/steam cleaner | | 85.32 | 24,986.75 |
| ☐ | 10/26 | 10/26 | Check Image Check #8340  US Trustee | | 325.00 | 24,661.75 |
| ☐ | 10/25 | 10/29 | 3111 Mcdonalds F5289 Sandwich IL  Lunch | | 14.00 | 24,647.75 |
| ☐ | 10/29 | 10/29 | 3111 Wal-Mart #1003 Plano IL  gas + meat | | 133.09 | 24,514.66 |
| ☐ | 10/29 | 10/29 | 3111 Wal Wal-Mart Super 8Plano IL  groceries | | 18.03 | 24,496.63 |
| ☐ | 10/29 | 10/29 | Check Image Check #8341  bowling | | 50.00 | 24,446.63 |
| ☐ | 10/31 | 10/31 | Ysa  Ysa Reimb ****0047 H  RX ins | 26.30 | | 24,472.93 |

Customer First Classic Chk xxxx6477 $25,271.49 Continued

| ✓ | Date | Post Date | Description | | Deposits | Withdrawals | Daily Balance | |
|---|------|-----------|-------------|---|----------|-------------|---------------|---|
| ☐ | 10/31 | 10/31 | Comed Checkpymt 8346 *electric* | | | 51.51 | 24,421.42 | 10/2012 |
| ☐ | 10/29 | 10/31 | 3111 Smartstyle Plano IL *haircut & color* | | | 53.15 | 24,368.27 | |
| ☐ | 10/31 | 10/31 | 3111 Wal Wal-Mart Super 6Plano IL *groceries* | | | 28.34 | 24,339.93 | |
| ☐ | 11/01 | 11/01 | Benefit Payments Deposit ****6073293002 *Cat Pension* | | 1,313.79 | | 25,653.72 | 11/2012 |
| ☐ | 11/01 | 11/01 | United Omaha Hth Nov Insprm 4c5520 *health ins* | | | 214.07 | 25,439.65 | |
| ☐ | 11/01 | 11/01 | 3111 #03102 Jewel Yorkville IL *groceries* | | | 30.35 | 25,409.30 | |
| ☐ | 11/01 | 11/01 | Check Image Check #8344 *Sandwich moose* | | | 20.00 | 25,389.30 | |
| ☐ | 11/01 | 11/01 | Check Image Check #8348 *Jaffe ins ?* | | | 65.00 | 25,324.30 | |
| ☐ | 11/02 | 11/02 | Cignature Rx Premium Rx ****0600 *RX ins* | | | 26.30 | 25,298.00 | |
| ☐ | 11/02 | 11/02 | 3111 Ross Stores #1536 Oswego IL *socks* | | | 7.53 | 25,290.47 | |
| ☐ | 11/02 | 11/02 | Check Image Check #8347 *Sandwich Opera house* | | | 20.00 | 25,270.47 | |
| ☐ | 11/02 | 11/02 | Interest Payment | | 1.02 | | 25,271.49 | |

### MONTHLY USAGE SUMMARY

- Debit $730.49
- ACH/Billpay $596.98
- ATM Withdrawals $0.00
- Checks $869.30
- Other $0.00

### Balancing Checklist

| ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount | ✓ | Check # | Date | Amount |
|---|---------|------|--------|---|---------|------|--------|---|---------|------|--------|
| ☐ | 8336 | 10/09 | 50.00 | ☐ | 8337 | 10/10 | 50.00 | ☐ | 8338 | 10/22 | 50.00 |
| ☐ | 8339 | 10/23 | 39.30 | ☐ | 8340 | 10/26 | 325.00 | ☐ | 8341 | 10/29 | 50.00 |
| ☐ | 8344 | 11/01 | 20.00 | ☐ | 8347 | 11/02 | 20.00 | ☐ | 8348 | 11/01 | 65.00 |

END OF STATEMENT