# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | |
|---|---|
| In re: WEBB, RALPH E | § Case No. 11-85357 |
| WEBB, GERTRUD E | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 28, 2011. The undersigned trustee was appointed on November 01, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $           15,000.00

|   |   |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 166.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 14,833.30 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

6. The deadline for filing claims in this case was 04/05/2013 and the deadline for filing governmental claims was 04/05/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $16.26, for total expenses of $16.26.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/30/2013        By: /s/MEGAN G. HEEG
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-85357  
**Case Name:** WEBB, RALPH E  
WEBB, GERTRUD E  
**Period Ending:** 09/30/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/31/12 (c)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/05/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | An undivided one-half interest as joint, Bohnste<br>   Orig. Description: An undivided one-half interest as joint, Bohnstedt's Addition, Sandwich, IL; remaining, undivided one-half interest is owned by Karen I, Bohnstedt and Charles J Bohnstedt, Improved with a single family residence occupied by, the debtors and commonly known as 320 Park Place, Sandwich, Illinois | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | Account No XXXX2-772 Citizens First National Ban<br>   Orig. Description: Account No XXXX2-772 Citizens First National Bank 200 E Church St Sandwich, IL 60548 Balance of $13,420.66 set off by Citizens First National, Bank prepetition - see SOFA | 2,997.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Acct #XXX6834 Citizens First National B<br>   Orig. Description: Checking Acct #XXX6834 Citizens First National Bank 200 E Church St Sandwich, IL 60548 Balance of $370.51 set off by Citizens First National Bank on 9/13/2011 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Acct #XXXX5477 Castle Bank 141 W Lincoln Hwy DeK<br>   Orig. Description: Acct #XXXX5477 Castle Bank 141 W Lincoln Hwy DeKalb, IL 60115 | 2,147.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous furniture and furnishings<br>   Orig. Description: Miscellaneous furniture and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous clothing<br>   Orig. Description: Miscellaneous clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Dreyer Clinic Retirement Plan<br>   Orig. Description: Dreyer Clinic Retirement Plan | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Acct #XXXX2415 IRA - UBS Financial Services 1 To<br>   Orig. Description: Acct #XXXX2415 IRA - UBS Financial Services 1 Tower Lane, Ste 640 1 Oakbrook Terrace Tower Oakbrook Terrace, IL 60181-4449 | 104,281.00 | 0.00 | | 0.00 | FA |
| 9 | 100% of the common stock of WOW Enterprises, Inc<br>   Orig. Description: 100% of the common stock of WOW Enterprises, Inc, an Illinois corporation Owns | 0.00 | 0.00 | | 0.00 | FA |

Printed: 09/30/2013 02:02 PM   V.13.13

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-85357  
**Case Name:** WEBB, RALPH E  
　　　　　　　WEBB, GERTRUD E  
**Period Ending:** 09/30/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/31/12 (c)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/05/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | and operates and WOW 7 Cinema, a movie, theatre in Sandwich, IL, Company owns the land on which the theater is located, subject to a first mortgage in favor of Citizens First, National Bank securing a promissory note dated, February 17, 2011, in the original amount of, $3,370,622; all personal property of the company is, subject to a first priority blanket security interest in, favor of Citizens First National Bank securing the note,, except for certain items that are leased or may be, subject to purchase money security interests in favor of, the vendors from whom they were purchased securing, the balance of the purchase price; debtors estimate, that the value of the land, theater building, and other, assets does not exceed secured claims |  |  |  |  |  |
| 10 | 24% of the common stock of Timber Creek Inn & Su<br>　Orig. Description: 24% of the common stock of Timber Creek Inn & Suites and Convention Center, Ltd, an Illinois corporation; All assets of the corporation are subject to a first priority blanket security interest in favor of Citizens First National Bank securing a promissory note dated Oct 10, 2008, executed by W B Holdings, LLC in the original principal amount of $12,200,000 and a promissory note executed by Timber Creek Inn & Suites and Convention Center, Ltd in the original amount of $500,000; all asset are further subject to a second priority security interest in favor of Somercor 504, Inc securing a promissory note dated Aug 28, 2008, executed by W B Holdings, LLC, in the original principal amount of $1,531,000 | 0.00 | 0.00 |  | 0.00 | FA |
| 11 | 26% of the common stock of Timber Creek Inn & Su<br>　Orig. Description: 26% of the common stock of Timber Creek Inn & Suites and Convention Center, Ltd, an Illinois corporation; see description above | 0.00 | 0.00 |  | 0.00 | FA |
| 12 | 26% membeship interest in W B Holdings, LLC, an<br>　Orig. Description: 26% membership interest in W B Holdings, LLC, an Illinois limited liability company; All land owned by the company is subject to a first mortgage in favor of Citizens First National Bank, and | 0.00 | 0.00 |  | 0.00 | FA |

Printed: 09/30/2013 02:02 PM    V.13.13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 11-85357 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | WEBB, RALPH E | Filed (f) or Converted (c): | 10/31/12 (c) |
| | WEBB, GERTRUD E | §341(a) Meeting Date: | 12/28/12 |
| Period Ending: | 09/30/13 | Claims Bar Date: | 04/05/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | all personal property owned by the company is subject to a first priority security interest securing the notes described above, and a second priority security intest in favor of Somercor 504, Inc securing the note described above, except certain assets may be leased or subject to purchase money security interests in favor of the vendor from whom they were purchased securing the balance of the purchase price | | | | | |
| 13 | 24% interest in W B Holdings, LLC, an Illinois l<br>Orig. Description: 24% interest in W B Holdings, LLC, an Illinois limited liability company; see description above | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2010 Federal tax refund<br>Orig. Description: 2010 Federal tax refund | 16,283.00 | 0.00 | | 0.00 | FA |
| 15 | 2010 Illinois tax refund<br>Orig. Description: 2010 Illinois tax refund | 699.00 | 0.00 | | 0.00 | FA |
| 16 | Debtors may be entitled to additional Federal or<br>Orig. Description: Debtors may be entitled to additional Federal or Illinois tax refunds for prior years - unknown at this time | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Amount due shareholders shown on the balance she<br>Orig. Description: Amount due shareholders shown on the balance sheet of Timber Creek Inn & Suites and Convention Center, Ltd of $1,768,615 - all assets of Timber Creek with a value of approx $164,000 are subject to a first priority security interest in favor of Citizens First National Bank securing loans in excess of $12,000,000 - deemed worthless | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2007 GMC pickup truck - 52,000 miles Average con<br>Orig. Description: 2007 GMC pickup truck - 52,000 miles Average condition | 10,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2005 Toyota Camry - 142,000 miles<br>Orig. Description: 2005 Toyota Camry - 142,000 miles | 5,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1999 Ford dump truck - 107,000 miles - poor cond<br>Orig. Description: 1999 Ford dump truck - 107,000 | 500.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-85357 | | Trustee: | (330490) | MEGAN G. HEEG |
|---|---|---|---|---|---|
| Case Name: | WEBB, RALPH E | | Filed (f) or Converted (c): | 10/31/12 (c) | |
| | WEBB, GERTRUD E | | §341(a) Meeting Date: | 12/28/12 | |
| Period Ending: | 09/30/13 | | Claims Bar Date: | 04/05/13 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | miles - poor condition; undriveable | | | | | |
| 21 | Postpetition pension, retirement distributions, Orig. Description: Postpetition pension, retirement distributions, and social security benefits to be paid to the debtors | Unknown | 0.00 | | 0.00 | FA |
| 22 | Postpetition wages to be paid to the debtors Orig. Description: Postpetition wages to be paid to the debtors | Unknown | 0.00 | | 0.00 | FA |
| 23 | 2011 federal tax refund Amount originally received was 16,909. | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 24 | 2011 state tax refund. Included as part of the compromise of asset 23 (federal tax refund) | 0.00 | 0.00 | | 0.00 | FA |
| 25 | BOATS, MOTORS, AND ASSESSORIES (u) Ralph E Webb may jointly own a 2008 Passenger Car/Light Truck Express G3500 extended sport van) owned jointly with Timber Creeks Inn but may be subject to lien with Hinsdale Bank | 0.00 | Unknown | | 0.00 | FA |
| 25 | Assets Totals (Excluding unknown values) | $293,407.00 | $15,000.00 | | $15,000.00 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    July 30, 2013      Current Projected Date Of Final Report (TFR):    September 30, 2013 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-85357 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | WEBB, RALPH E | | Bank Name: | The Bank of New York Mellon |
| | WEBB, GERTRUD E | | Account: | 9200-******44-66 - Checking Account |
| Taxpayer ID #: | **-***9209 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/30/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/13 | {23} | Ralph and Gertrud Webb | 2011 tax refund - federal (subject to Motin to Compromise D/P account) | 1124-000 | 15,000.00 | | 15,000.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 15,000.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,000.00 | |
| | | | Subtotal | | 15,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,000.00 | $0.00 | |

{} Asset reference(s)                                                                                                          Printed: 09/30/2013 02:02 PM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-85357 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | WEBB, RALPH E | | Bank Name: | Rabobank, N.A. |
| | WEBB, GERTRUD E | | Account: | ****126566 - Checking Account |
| Taxpayer ID #: | **-***9209 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/30/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 15,000.00 | | 15,000.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.82 | 14,984.18 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.11 | 14,964.07 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.80 | 14,943.27 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.92 | 14,920.35 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.17 | 14,898.18 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.99 | 14,878.19 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.53 | 14,854.66 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.36 | 14,833.30 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 15,000.00 | 166.70 | $14,833.30 |
| Less: Bank Transfers | | 15,000.00 | 0.00 | |
| Subtotal | | 0.00 | 166.70 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $166.70 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******44-66 | 15,000.00 | 0.00 | 0.00 |
| Checking # ****126566 | 0.00 | 166.70 | 14,833.30 |
| | $15,000.00 | $166.70 | $14,833.30 |

{} Asset reference(s)   Printed: 09/30/2013 02:02 PM    V.13.13

Printed: 09/30/13 02:00 PM                                                                                          Page: 1

# Claims Proposed Distribution

## Case:  11-85357   WEBB, RALPH E

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $14,833.30 | Total Proposed Payment: | $14,833.30 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 22.50 | 22.50 | 0.00 | 22.50 | 22.50 | 14,810.80 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 945.00 | 945.00 | 0.00 | 945.00 | 945.00 | 13,865.80 |
| | MEGAN G. HEEG <2200-00  Trustee Expenses> | Admin Ch. 7 | 16.26 | 16.26 | 0.00 | 16.26 | 16.26 | 13,849.54 |
| | MEGAN G. HEEG <2100-00  Trustee Compensation> | Admin Ch. 7 | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 | 2,250.00 | 11,599.54 |
| 2 | Office of the United States Trustee <2950-00  U.S. Trustee Quarterly Fees> | Admin Ch. 7 | 650.00 | 650.00 | 0.00 | 650.00 | 650.00 | 10,949.54 |
| | Myler Ruddy & McTavish <6220-17  Attorney for D-I-P Expenses (Chapter 11)> | Admin Ch. 11 | 739.99 | 739.99 | 0.00 | 739.99 | 678.35 | 10,271.19 |
| | Myler Ruddy & McTavish <6210-16  Attorney for D-I-P Fees (Chapter 11)> | Admin Ch. 11 | 11,204.50 | 11,204.50 | 0.00 | 11,204.50 | 10,271.19 | 0.00 |
| | Total for Case 11-85357 : | | $15,828.25 | $15,828.25 | $0.00 | $15,828.25 | $14,833.30 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $15,828.25 | $15,828.25 | $0.00 | $14,833.30 | 93.714087% |

Case 11-85357    Doc 72    Filed 09/30/13    Entered 09/30/13 16:15:13    Desc Main
              Document      Page 10 of 12

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-85357
Case Name: WEBB, RALPH E
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 14,833.30

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Centrue Bank | 297,293.54 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 14,833.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - MEGAN G. HEEG | 16.26 | 0.00 | 16.26 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 945.00 | 0.00 | 945.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 22.50 | 0.00 | 22.50 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for chapter 7 administration expenses:  $ 3,883.76
Remaining balance:  $ 10,949.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Myler Ruddy & McTavish | 11,204.50 | 0.00 | 10,271.19 |
| Attorney for D-I-P Expenses - Myler Ruddy & McTavish | 739.99 | 0.00 | 678.35 |

Total to be paid for prior chapter administrative expenses:  $ 10,949.54
Remaining balance:  $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:                      $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,641,101.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U S Small Business Administration | 1,640,420.88 | 0.00 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC | 680.82 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $         0.00
Remaining balance:                                      $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:                                     $         0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**