UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: WEBB, RALPH E | § | Case No. 11-85357 |
| WEBB, GERTRUD E | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/28/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 09/30/2013   By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: WEBB, RALPH E    § Case No. 11-85357
      WEBB, GERTRUD E    §
          §
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 15,000.00 |
| and approved disbursements of | $ 166.70 |
| leaving a balance on hand of [1] | $ 14,833.30 |
| **Balance on hand:** | $ 14,833.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Centrue Bank | 297,293.54 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,833.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - MEGAN G. HEEG | 16.26 | 0.00 | 16.26 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 945.00 | 0.00 | 945.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 22.50 | 0.00 | 22.50 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,883.76 |
| Remaining balance: | $ 10,949.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Myler Ruddy & McTavish | 11,204.50 | 0.00 | 10,271.19 |
| Attorney for D-I-P Expenses - Myler Ruddy & McTavish | 739.99 | 0.00 | 678.35 |

　　　　　　　　Total to be paid for prior chapter administrative expenses:　$　　10,949.54
　　　　　　　　Remaining balance:　　　　　　　　　　　　　　　　　　　　$　　　　　0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

　　　　　　　　Total to be paid for priority claims:　$　　0.00
　　　　　　　　Remaining balance:　　　　　　　　　$　　0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,641,101.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U S Small Business Administration | 1,640,420.88 | 0.00 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC | 680.82 | 0.00 | 0.00 |

　　　　　　　　Total to be paid for timely general unsecured claims:　$　　0.00
　　　　　　　　Remaining balance:　　　　　　　　　　　　　　　　　$　　0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                         Case No. 11-85357-TML
Ralph E Webb                                                   Chapter 7
Gertrud E Webb
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez               Page 1 of 2                  Date Rcvd: Oct 01, 2013
                              Form ID: pdf006             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2013.
db/jdb        +Ralph E Webb,    Gertrud E Webb,    320 Park Pl,    Sandwich, IL 60548-8000
aty          #+Richard G Larsen,    Myler Ruddy & McTavish,    105 East Galena Blvd 8th Flr,
                Aurora, IL 60505-3357
18257222       Centrue Bank,    202 Indian Springs Dr,    Sandwich, IL 60548-1906
20282556      +Centrue Bank,    c/o Howard & Howard Attorneys PLLC,    211 Fulton Street, Suite 600,
                Peoria, Illinois 61602-1350
18257223       Charles J Bohnstedt,    1610 Cindy Lane,    Sandwich, IL 60548
18257225      +County of Kendall,    Jeff Wilkins, County Administrator,    111 W Fox St,
                Yorkville, IL 60560-1621
18257226      +David V Kinsella,    Schuyler, Roche & Crisham, PC,    130 E Randolph St, Ste 3800,
                Chicago, IL 60601-6317
18257227      +Frank Ierulli,    Howard & Howard Attorneys PLLC,    211 W Fulton St, Ste 600,
                Peoria, IL 61602-1350
18257228      +Karen I Bohnstedt,    1060 Cindy Lane,    Sandwich, IL 60548-2522
18292401     #+++NEC FINANCIAL SVCS,    250 PEHLE AVE STE 309,    SADDLE BROOK NJ 07663-5832
                (address filed with court: NEC Financial Svcs,    1 Park 80 Plaza West, Suite 309,
                Saddle Brook, NJ 07663)
19652924      +Office of the United States Trustee,    780 Regent Street, Suite 304,    Madison, WI 53715-2635
20278320      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                successor to US BANK NATIONAL ASSOC,    by PRA Receivables Management LLC,    POB 41067,
                Norfolk, VA 23541)
18257229      +Somercor 504, Inc,    US Small Business Administration,    601 S LaSalle St, Ste 510,
                Chicago, IL 60605-1726
18257230       Timber Creek Inn & Suites and Conve,    1610 Cindy Lane,    Sandwich, IL 60548
19090773      +U S Small Business Administration,    c/o Mary Cvengros,    500 W Madison St., #1150,
                Chicago, IL 60661-2566
18257231       W B Holdings, LLC,    1610 Cindy Lane,    Sandwich, IL 60548
18292402      +WOW Enterprises, Inc,    101 Duvick Ave,    Sandwich, IL 60548-1988
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18257224      +E-mail/Text: heather.stabler@citizens1st.com Oct 02 2013 02:36:24
                Citizens First National Bank,    606 S Main St,    Princeton, IL 61356-2080
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2013 at the address(es) listed below:
              Carole J. Ryczek   on behalf of Trustee Megan G Heeg carole.ryczek@usdoj.gov
              G. Alexander  McTavish   on behalf of Joint Debtor Gertrud E Webb amctavish@fmcolaw.com
              G. Alexander  McTavish   on behalf of Debtor Ralph E Webb amctavish@fmcolaw.com
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2            Date Rcvd: Oct 01, 2013
                              Form ID: pdf006         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Mark A Bogdanowicz   on behalf of Creditor   Centrue Bank mbogdanowicz@howardandhoward.com, sbrocksmith@howardandhoward.com
         Megan G Heeg   heeg@egblc.com, IL55@ecfcbis.com
         Megan G Heeg   on behalf of Trustee Megan G Heeg heeg@egblc.com
         Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

                                                                                                      TOTAL: 7