**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: WEBB, RALPH E | § | Case No. 11-85357 |
| WEBB, GERTRUD E | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $293,407.00         Assets Exempt: $150,578.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00         Claims Discharged
                                                Without Payment: $5,386,068.70

Total Expenses of Administration: $15,000.00

---

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $14,214,235.68 | $297,293.54 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,050.46 | 4,050.46 | 4,050.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 11,944.49 | 11,944.49 | 10,949.54 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,275,967.00 | 1,641,101.70 | 1,641,101.70 | 0.00 |
| **TOTAL DISBURSEMENTS** | $19,490,202.68 | $1,954,390.19 | $1,657,096.65 | $15,000.00 |

    4) This case was originally filed under Chapter 7 on November 28, 2011. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2013     By: /s/MEGAN G. HEEG
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 federal tax refund | 1124-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Centrue Bank | 4110-000 | 302,587.68 | 297,293.54 | 0.00 | 0.00 |
| NOTFILED | County of Kendall Jeff Wilkins, County | 4110-000 | 778,188.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens First National Bank | 4110-000 | 13,133,460.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$14,214,235.68** | **$297,293.54** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 16.26 | 16.26 | 16.26 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 945.00 | 945.00 | 945.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 22.50 | 22.50 | 22.50 |
| Office of the United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.82 | 15.82 | 15.82 |
| Rabobank, N.A. | 2600-000 | N/A | 20.11 | 20.11 | 20.11 |
| Rabobank, N.A. | 2600-000 | N/A | 20.80 | 20.80 | 20.80 |
| Rabobank, N.A. | 2600-000 | N/A | 22.92 | 22.92 | 22.92 |
| Rabobank, N.A. | 2600-000 | N/A | 22.17 | 22.17 | 22.17 |
| Rabobank, N.A. | 2600-000 | N/A | 19.99 | 19.99 | 19.99 |
| Rabobank, N.A. | 2600-000 | N/A | 23.53 | 23.53 | 23.53 |
| Rabobank, N.A. | 2600-000 | N/A | 21.36 | 21.36 | 21.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,050.46** | **$4,050.46** | **$4,050.46** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Myler Ruddy & McTavish | 6210-160 | N/A | 11,204.50 | 11,204.50 | 10,271.19 |
| Myler Ruddy & McTavish | 6220-170 | N/A | 739.99 | 739.99 | 678.35 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$11,944.49** | **$11,944.49** | **$10,949.54** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U S Small Business Administration | 7100-000 | 1,531,000.00 | 1,640,420.88 | 1,640,420.88 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 680.82 | 680.82 | 0.00 |
| NOTFILED | WOW Enterprises, Inc | 7100-000 | 217,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Citizens First National Bank | 7100-000 | 3,370,622.00 | N/A | N/A | 0.00 |
| NOTFILED | NEC Financial Svcs | 7100-000 | 157,345.00 | N/A | N/A | 0.00 |
| NOTFILED | County of Kendall Jeff Wilkins, County | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,275,967.00 | $1,641,101.70 | $1,641,101.70 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-85357  
**Case Name:** WEBB, RALPH E  
WEBB, GERTRUD E  
**Period Ending:** 12/18/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/31/12 (c)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/05/13

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | An undivided one-half interest as joint, Bohnste<br>Orig. Description: An undivided one-half interest as joint, Bohnstedt's Addition, Sandwich, IL; remaining, undivided one-half interest is owned by Karen I, Bohnstedt and Charles J Bohnstedt, Improved with a single family residence occupied by, the debtors and commonly known as 320 Park Place, Sandwich, Illinois | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | Account No XXXX2-772 Citizens First National Ban<br>Orig. Description: Account No XXXX2-772 Citizens First National Bank 200 E Church St Sandwich, IL 60548 Balance of $13,420.66 set off by Citizens First National, Bank prepetition - see SOFA | 2,997.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Acct #XXX6834 Citizens First National B<br>Orig. Description: Checking Acct #XXX6834 Citizens First National Bank 200 E Church St Sandwich, IL 60548 Balance of $370.51 set off by Citizens First National Bank on 9/13/2011 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Acct #XXXX5477 Castle Bank 141 W Lincoln Hwy DeK<br>Orig. Description: Acct #XXXX5477 Castle Bank 141 W Lincoln Hwy DeKalb, IL 60115 | 2,147.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous furniture and furnishings<br>Orig. Description: Miscellaneous furniture and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous clothing<br>Orig. Description: Miscellaneous clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Dreyer Clinic Retirement Plan<br>Orig. Description: Dreyer Clinic Retirement Plan | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Acct #XXXX2415 IRA - UBS Financial Services 1 To<br>Orig. Description: Acct #XXXX2415 IRA - UBS Financial Services 1 Tower Lane, Ste 640 1 Oakbrook Terrace Tower Oakbrook Terrace, IL 60181-4449 | 104,281.00 | 0.00 | | 0.00 | FA |
| 9 | 100% of the common stock of WOW Enterprises, Inc<br>Orig. Description: 100% of the common stock of | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85357  
**Case Name:** WEBB, RALPH E  
WEBB, GERTRUD E  
**Period Ending:** 12/18/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/31/12 (c)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/05/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | WOW Enterprises, Inc, an Illinois corporation Owns and operates and WOW 7 Cinema, a movie, theatre in Sandwich, IL, Company owns the land on which the theater is located, subject to a first mortgage in favor of Citizens First, National Bank securing a promissory note dated, February 17, 2011, in the original amount of, $3,370,622; all personal property of the company is, subject to a first priority blanket security interest in, favor of Citizens First National Bank securing the note,, except for certain items that are leased or may be, subject to purchase money security interests in favor of, the vendors from whom they were purchased securing, the balance of the purchase price; debtors estimate, that the value of the land, theater building, and other, assets does not exceed secured claims |  |  |  |  |  |
| 10 | 24% of the common stock of Timber Creek Inn & Su<br>Orig. Description: 24% of the common stock of Timber Creek Inn & Suites and Convention Center, Ltd, an Illinois corporation; All assets of the corporation are subject to a first priority blanket security interest in favor of Citizens First National Bank securing a promissory note dated Oct 10, 2008, executed by W B Holdings, LLC in the original principal amount of $12,200,000 and a promissory note executed by Timber Creek Inn & Suites and Convention Center, Ltd in the original amount of $500,000; all asset are further subject to a second priority security interest in favor of Somercor 504, Inc securing a promissory note dated Aug 28, 2008, executed by W B Holdings, LLC, in the original principal amount of $1,531,000 | 0.00 | 0.00 |  | 0.00 | FA |
| 11 | 26% of the common stock of Timber Creek Inn & Su<br>Orig. Description: 26% of the common stock of Timber Creek Inn & Suites and Convention Center, Ltd, an Illinois corporation; see description above | 0.00 | 0.00 |  | 0.00 | FA |
| 12 | 26% membeship interest in W B Holdings, LLC, an<br>Orig. Description: 26% membeship interest in W B Holdings, LLC, an Illinois limited liability company; All | 0.00 | 0.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85357  
**Case Name:** WEBB, RALPH E  
WEBB, GERTRUD E  
**Period Ending:** 12/18/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/31/12 (c)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/05/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | land owned by the company is subject to a first mortgage in favor of Citizens First National Bank, and all personal property owned by the company is subject to a first priority security interest securing the notes described above, and a second priority security intest in favor of Somercor 504, Inc securing the note described above, except certain assets may be leased or subject to purchase money security interests in favor of the vendor from whom they were purchased securing the balance of the purchase price | | | | | |
| 13 | 24% interest in W B Holdings, LLC, an Illinois l<br>   Orig. Description: 24% interest in W B Holdings, LLC, an Illinois limited liability company; see description above | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2010 Federal tax refund<br>   Orig. Description: 2010 Federal tax refund | 16,283.00 | 0.00 | | 0.00 | FA |
| 15 | 2010 Illinois tax refund<br>   Orig. Description: 2010 Illinois tax refund | 699.00 | 0.00 | | 0.00 | FA |
| 16 | Debtors may be entitled to additional Federal or<br>   Orig. Description: Debtors may be entitled to additional Federal or Illinois tax refunds for prior years - unknown at this time | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Amount due shareholders shown on the balance she<br>   Orig. Description: Amount due shareholders shown on the balance sheet of Timber Creek Inn & Suites and Convention Center, Ltd of $1,768,615 - all assets of Timber Creek with a value of approx $164,000 are subject to a first priority security interest in favor of Citizens First National Bank securing loans in excess of $12,000,000 - deemed worthless | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2007 GMC pickup truck - 52,000 miles Average con<br>   Orig. Description: 2007 GMC pickup truck - 52,000 miles Average condition | 10,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2005 Toyota Camry - 142,000 miles<br>   Orig. Description: 2005 Toyota Camry - 142,000 | 5,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85357  
**Case Name:** WEBB, RALPH E  
               WEBB, GERTRUD E  
**Period Ending:** 12/18/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/31/12 (c)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/05/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | miles | | | | |
| 20 | 1999 Ford dump truck - 107,000 miles - poor cond<br>Orig. Description: 1999 Ford dump truck - 107,000 miles - poor condition; undriveable | 500.00 | 0.00 | | 0.00 | FA |
| 21 | Postpetition pension, retirement distributions,<br>Orig. Description: Postpetition pension, retirement distributions, and social security benefits to be paid to the debtors | Unknown | 0.00 | | 0.00 | FA |
| 22 | Postpetition wages to be paid to the debtors<br>Orig. Description: Postpetition wages to be paid to the debtors | Unknown | 0.00 | | 0.00 | FA |
| 23 | 2011 federal tax refund<br>Amount originally received was 16,909. | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 24 | 2011 state tax refund.<br>Included as part of the compromise of asset 23 (federal tax refund) | 0.00 | 0.00 | | 0.00 | FA |
| 25 | BOATS, MOTORS, AND ASSESSORIES (u)<br>Ralph E Webb may jointly own a 2008 Passenger Car/Light Truck Express G3500 extended sport van) owned jointly with Timber Creeks Inn but may be subject to lien with Hinsdale Bank | 0.00 | Unknown | | 0.00 | FA |
| 25 Assets Totals (Excluding unknown values) | $293,407.00 | $15,000.00 | | $15,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** July 30, 2013      **Current Projected Date Of Final Report (TFR):** September 30, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-85357  
**Case Name:** WEBB, RALPH E  
    WEBB, GERTRUD E  
**Taxpayer ID #:** **-***9209  
**Period Ending:** 12/18/13

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/13 | {23} | Ralph and Gertrud Webb | 2011 tax refund - federal (subject to Motin to Compromise D/P account) | 1124-000 | 15,000.00 | | 15,000.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 15,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,000.00 | |
| | | | **Subtotal** | | 15,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/18/2013 01:47 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-85357  
**Case Name:** WEBB, RALPH E  
WEBB, GERTRUD E  
**Taxpayer ID #:** **-***9209  
**Period Ending:** 12/18/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****126566 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 15,000.00 | | 15,000.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.82 | 14,984.18 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.11 | 14,964.07 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.80 | 14,943.27 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.92 | 14,920.35 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.17 | 14,898.18 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.99 | 14,878.19 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.53 | 14,854.66 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.36 | 14,833.30 |
| 11/12/13 | 10101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $945.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 945.00 | 13,888.30 |
| 11/12/13 | 10102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $22.50, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 22.50 | 13,865.80 |
| 11/12/13 | 10103 | Office of the United States Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 13,215.80 |
| 11/12/13 | 10104 | Myler Ruddy & McTavish | Dividend paid 91.67% on $11,204.50, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 10,271.19 | 2,944.61 |
| 11/12/13 | 10105 | Myler Ruddy & McTavish | Dividend paid 91.67% on $739.99, Attorney for D-I-P Expenses (Chapter 11);  Reference: | 6220-170 | | 678.35 | 2,266.26 |
| 11/12/13 | 10106 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,266.26 | 0.00 |
| | | | Dividend paid 100.00%     2,250.00<br>on $2,250.00;  Claim# ;<br>Filed: $2,250.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     16.26<br>on $16.26;  Claim# ;<br>Filed: $16.26 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 15,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,000.00** | |

{} Asset reference(s)                                                                                                   Printed: 12/18/2013 01:47 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-85357 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | WEBB, RALPH E | | **Bank Name:** | Rabobank, N.A. |
| | WEBB, GERTRUD E | | **Account:** | ****126566 - Checking Account |
| **Taxpayer ID #:** | **-***9209 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 12/18/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******44-66** | 15,000.00 | 0.00 | 0.00 |
| **Checking # ****126566** | 0.00 | 15,000.00 | 0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |

{} Asset reference(s)          Printed: 12/18/2013 01:47 PM    V.13.13